AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>BENJAMIN WALKER<br>*Defendant* | )<br>) Case No. 13-cr-2040 (2)<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Benjamin Walker,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute a controlled substance.

Date: December 18, 2013

*Issuing officer's signature*

City and state: Cedar Rapids, IA

JON STUART SCOLES, Chief US Magistrate Judge
*Printed name and title*

Suspect arrested by
Tri-Co-TF-WT 4/00
**Agency Name**

### Return

This warrant was received on (date) 1-6-2014, and the person was arrested on (date) _____
at (city and state) Northern District of Iowa

Date: _____

*Arresting officer's signature*
USMS Signature

*Printed name and title*